**JUDGE LEISURE**

**08 CV 5358**

BLANK ROME LLP
Attorneys for Plaintiff,
NORDANA PROJECT & CHARTERING
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000



RECEIVED
JUN 1 1 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORDANA PROJECT & CHARTERING, A/S <br><br> Plaintiff, <br><br> -against- <br><br> CONCORDIA SHIPYARDS BV | 08 Civ. <br><br> **Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Nordana Project & Chartering, a division of Nordana A/S, ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:  New York, New York
June 11, 2008

BLANK ROME LLP
Attorneys for Plaintiff
NORDANA PROJECT & CHARTERING

By _____
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Tel.: (212) 885-5000

129688.00601/6641264v.1